1  LUCIAN J. GRECO, JR., ESQ.
   Nevada State Bar No. 10600
2  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
3  DELEELA M. WEINERMAN, ESQ.
   Nevada State Bar No. 13985
4  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
5  SUITE 250
   LAS VEGAS, NV 89144
6  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
7  lgreco@bremerwhyte.com
   jchristensen@bremerwhyte.com
8  dweinerman@bremerwhyte.com

9  Attorneys for Defendant,
   JAMES RIVER INSURANCE COMPANY
10

11            **IN THE UNITED STATES DISTRICT COURT**

12             **FOR THE DISTRICT OF NEVADA**

13

14  YANICE MARTIN MENDEZ, an        )   Case No. 2:20-cv-01700-JAD-NJK
    individual,                     )
15                                  )   **STIPULATION AND ORDER TO**
              Plaintiff,            )   **REMAND TO STATE COURT**
16                                  )
       vs.                          )
17                                  )
    JAMES RIVER INSURANCE COMPANY,  )       ECF No. 5
18  a foreign corporation; DOES I-X, and ROES )
    XI-XX,                          )
19                                  )
              Defendants.           )
20  _____)

21      IT IS HEREBY STIPULATED by and between Plaintiff YANICE MARTIN

22  MENDEZ through her counsel of record, John C. Courtney, Esq. and Sebastian F.

23  Gajarado, Esq. of LBC Law Group and Defendant JAMES RIVER INSURANCE

24  COMPANY through its counsel of record, Lucian J. Greco, Jr., Esq., Jared G.

25  Christensen, Esq. and Deleela M. Weinerman, Esq. of Bremer Whyte Brown &

26  O'Meara, LLP that Plaintiff's claim is valued at less than $75,000.00, such that this

27  Court does not have proper subject matter jurisdiction, and this case shall be

28  REMANDED to the Eighth Judicial District Court of Clark County, Nevada for further

1 | proceedings consistent with this Stipulation.

2 | Dated this 5 day of October, 2020                Dated this _ day of October, 2020

3 | LBC LAW GROUP                                    BREMER WHYTE BROWN &
                                                     O'MEARA, LLP
4 |                                #13864

5 | By: _____ For                             By: _/s/ Deleela M. Weinerman_____

6 | John C. Courtney, Esq.                           Lucian J. Greco, Jr, Esq.
    Nevada Bar No. 11092                              Nevada Bar No. 10600

7 | Sebastian F. Gajardo, Esq.                        Jared G. Christensen, Esq.

8 | Nevada Bar No. 14874                              Nevada Bar No. 11538
    Attorneys for Plaintiff,                          Deleela M. Weinerman, Esq.

9 | Yanice Martin Mendez                              Nevada Bar No. 13985
                                                      Attorneys for Defendant,
10 |                                                  James River Insurance Company

11 |

12 |                            **ORDER**

13 |         IT IS HEREBY ORDERED that as Plaintiff's claim is valued at less than

14 | $75,000.00, this Court does not have subject matter jurisdiction, and this case is

15 | This action is REMANDED back to the Eighth Judicial District Court for Clark County,

16 | Nevada, **Case No. A-20-819346-C, Department 24.**

17 |         The Clerk of Court is directed to CLOSE THIS CASE.

18 |

19 |                                          _____
                                              U.S. District Court Judge Jennifer Dorsey

20 |                                          10-14-2020

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2